# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM ZISTER HARRIS, | 2:09-cv-00674-LDG-LRL |
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF LAS VEGAS, et al., | |
| Defendants. | |

In light of the magistrate judge's ruling filed December 2, 2010, dealing with a witness deposition, and good cause appearing,

THE COURT HEREBY ORDERS that the dispositive motion deadline shall be extended to March 4, 2011, and the joint pretrial order shall be filed within thirty (30) days of the ruling on dispositive motions or, if no dispositive motions are filed, within thirty (30) days of the dispositive motion deadline.

Dated this ___ day of January, 2011.

_____
Lloyd D. George
United States District Judge