# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

WILLIAM ZISTER HARRIS,

   Plaintiffs,

VS.

CITY OF LAS VEGAS; DEPUTY CITY MARSHALS; DEPUTY CITY MARSHAL BRANDON L. BELL, in his individual capacity; DEPUTY CITY MARSHAL PAUL J. HARTZ, in his individual capacity; and DOES 1 to 50, inclusive,

   Defendants,

**CASE NUMBER: 2:09-CV-0674-LDG-VCF**

**ORDER REFERRING CASE FOR A SETTLEMENT CONFERENCE**

    This case is referred to the Magistrate Judge for the purpose of setting a settlement conference. This case currently has a trial date which is **vacated** and will be reset at a later time if necessary before the Honorable Judge Lloyd D. George.

    **IT IS ORDERED** that this case is hereby referred to **Magistrate Judge V. Cam Ferenbach** for the scheduling of a settlement conference as soon as possible..

DATED this 14 day of Oct, 2011.

LLOYD D. GEORGE
United States Senior District Judge