# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM ZISTER HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LAS VEGAS, et al.,<br><br>    Defendants. | 2:09-cv-00674-LDG-LRL<br><br>**ORDER** |

   This case is scheduled for jury trial on October 22, 2012.  Plaintiff Harris has filed an undocketed omnibus motion in limine in which he requests the court to order defendants and any witnesses to refrain from addressing certain topics before obtaining permission from the court out of the presence of the jury.  Judges have broad discretion when ruling on motions in limine, see, e.g., Jenkins v. Chrysler Motors Corp., 316 F.3d 663, 664 (7th Cir. 2002), and a district court's ruling on a motion in limine is subject to change, particularly in light of developing trial considerations.  See Luce v United States, 469 U.S. 38, 41-42 (1984).

   Here, the court will rely upon counsel to raise the issues referenced in its motion at the appropriate time during trial and to introduce evidence in good faith to considerations of relevance and prejudice.  Therefore,

1  THE COURT HEREBY ORDERS that plaintiff's motion in limine is DENIED without
2  prejudice.

   Dated this 10 day of October, 2012.

   _____
   Lloyd D. George
   United States District Judge