1  BRADFORD R. JERBIC
   City Attorney
2  Nevada Bar No. 1056
   By: PHILIP R. BYRNES
3  Deputy City Attorney
   Nevada Bar No. 166
4  495 South Main Street, Sixth Floor
   Las Vegas, NV 89101
5  (702) 229-6629
   (702) 386-1749 (fax)
6  Email: pbyrnes@lasvegasnevada.gov
   Attorneys for CITY OF LAS VEGAS,
7  BRANDON L. BELL and PAUL J. HARTZ

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM ZISTER HARRIS,<br><br>           Plaintiff,<br><br>     vs.<br><br>CITY OF LAS VEGAS; DEPUTY CITY MARSHALS; DEPUTY CITY MARSHAL BRANDON L. BELL, in his individual capacity; DEPUTY CITY MARSHAL PAUL J. HARTZ, in his individual capacity; and DOES 1 to 50, inclusive,<br><br>           Defendants. | CASE NO. 2:09-cv-00674-LDG-VCF |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by the parties that the above-entitled

. . . .

1  action may be dismissed with prejudice, the parties to each bear their own costs and attorney's
2  fees.
3  DATED this 2 day of ~~October~~ November, 2012.   DATED this 6th day of ~~October~~ november, 2012.
4  LAW OFFICES OF PETER GOLDSTEIN          BRADFORD R. JERBIC
   City Attorney
5
6  By: /s/ Peter Goldstein                  By: /s/ Philip R. Byrnes
7  PETER GOLDSTEIN, ESQ.                    PHILIP R. BYRNES
   Nevada Bar No. 6992                      Deputy City Attorney
8  7201 West Lake Mead Boulevard, #108      Nevada Bar No. 166
   Las Vegas, NV 89128                      495 South Main Street, Sixth Floor
   Attorneys for Plaintiff                  Las Vegas, NV 89101
9                                           Attorneys for CITY OF LAS VEGAS,
                                            BRANDON L. BELL and PAUL J. HARTZ
10
11
12                                          IT IS SO ORDERED.
13
14                                          _____
                                            UNITED STATES DISTRICT COURT JUDGE
15
                                            7 Nov 2012
16                                          _____
                                            Date

-2-