BRADFORD R. JERBIC
City Attorney
Nevada Bar No. 1056
By: PHILIP R. BYRNES
Deputy City Attorney
Nevada Bar No. 166
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: pbyrnes@lasvegasnevada.gov
Attorneys for CITY OF LAS VEGAS,
BRANDON L. BELL and PAUL J. HARTZ

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WILLIAM ZISTER HARRIS,

Plaintiff,

vs.

CITY OF LAS VEGAS; DEPUTY CITY MARSHALS; DEPUTY CITY MARSHAL BRANDON L. BELL, in his individual capacity; DEPUTY CITY MARSHAL PAUL J. HARTZ, in his individual capacity; and DOES 1 to 50, inclusive,

Defendants.

CASE NO. 2:09-cv-00674-LDG-VCF

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by the parties that the above-entitled

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

1  action may be dismissed with prejudice, the parties to each bear their own costs and attorney's
2  fees.
3  DATED this 2 day of ~~October~~ November, 2012.   DATED this 6th day of ~~October~~ november, 2012.
4  LAW OFFICES OF PETER GOLDSTEIN           BRADFORD R. JERBIC
                                            City Attorney
5
6  By: /s/                                  By: /s/
7  PETER GOLDSTEIN, ESQ.                    PHILIP R. BYRNES
   Nevada Bar No. 6992                      Deputy City Attorney
   7201 West Lake Mead Boulevard, #108      Nevada Bar No. 166
8  Las Vegas, NV 89128                      495 South Main Street, Sixth Floor
   Attorneys for Plaintiff                  Las Vegas, NV 89101
9                                           Attorneys for CITY OF LAS VEGAS,
                                            BRANDON L. BELL and PAUL J. HARTZ
10

12                                          IT IS SO ORDERED.
13
14                                          _____
15                                          UNITED STATES DISTRICT COURT JUDGE
16                                          7 Nov 2012
                                            Date